# EXHIBIT B



**Brand**
- ELB Electric (3)
- ETi (2)
- Forest Lighting (1)
- Green Creative (8)
- Kobi (1)
- MaxLite (1)
- PLT (11)

**Wattage**
- 0-20 (11)

**Color Temperature (Kelvin)**
- 3000-4000 (3)
- 4000-5000 (4)
- 5000-6000 (4)

**Lumens Initial**
- 900-1000 (1)
- 1000-1100 (2)
- 1600-1700 (2)
- 1700-1800 (2)
- 1900-2000 (2)
- 2000-2100 (2)

**Beam Angle**
- 120-130 (1)
- 180-190 (9)
- 240-250 (1)

**Life Hours**
- 40000-41000 (1)
- 50000-51000 (10)

# 11 results for "LED T8 Bulbs"

Sort by Lowest Price

Your Selections: PLT

1000 Lumen - 2 ft. T8 - 9 Watt - LED - 50,000 Hours - 4000 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101288

| | |
|---|---|
| Brand : PLT | Part No. : 101288 |
| Wattage : 9 Watt | Voltage : 120/277 |
| Color Temperature : 4000K | CRI : 80 |
| Length : 23.74 in. | Life Hours : 50,000 |
| Lumens (Initial) : 1000 | Lumens Per Watt : 111 |
| UL Listed : Damp Locations | Warranty : 5 Years |

**$16.48 ea**

To Order Call
800-624-4488

PLT-101288

1000 Lumen - 2 ft. T8 - 9 Watt - LED - 50,000 Hours - 5000 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101291

| | |
|---|---|
| Brand : PLT | Part No. : 101291 |
| Wattage : 9 Watt | Voltage : 120/277 |
| Color Temperature : 5000K | CRI : 80 |
| Length : 23.74 in. | Life Hours : 50,000 |
| Lumens (Initial) : 1000 | Lumens Per Watt : 111 |
| UL Listed : Damp Locations | Warranty : 5 Years |

**$16.48 ea**

1 Add to Cart

PLT-101291

900 Lumen - 2 ft. T8 - 9 Watt - LED - 40,000 Hours - 4000 Kelvin - 80 CRI - Multi-Volt - 240 deg. Beam Angle - PLT 101159

| | |
|---|---|
| Brand : PLT | Part No. : 101159 |
| Wattage : 9 Watt | Voltage : 120/277 |
| Color Temperature : 4000K | CRI : 80 |
| Length : 23.74 in. | Life Hours : 40,000 |
| Lumens (Initial) : 900 | Lumens Per Watt : 100 |
| UL Listed : Damp Locations | Warranty : 5 Years |

**$18.48 ea**

1 Add to Cart

PLT-101159

1900 Lumen - 4 ft. T8 - 18 Watt - LED - 50,000 Hours - 5000 Kelvin - 83 CRI - Multi-Volt - 120 deg. Beam Angle - PLT 30017

| | |
|---|---|
| Brand : PLT | Part No. : 30017 |
| Wattage : 18 Watt | Voltage : 120/277 |
| Color Temperature : 5000K | CRI : 83 |
| Length : 48 in. | Lumens (Initial) : 1900 |
| Lumens Per Watt : 105 | ETL Listed : Yes |
| DLC Listed : Yes | Warranty : 5 Years |

**$19.20 ea**

1 Add to Cart

PLT-30017

Case 1:15-cv-00053-UNA   Document 1-2   Filed 01/20/15   Page 3 of 4 PageID #: 25



**1700 Lumen - 4 ft. T8 - 15 Watt - LED - 50,000 Hours - 5000 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101273**

$20.60 ea

1    Add to Cart

PLT-101273

Brand : PLT
Wattage : 15 Watt
Length : 47.76 in.
Life Hours : 50,000
Lumens Per Watt : 113
Warranty : 5 Years

Part No. : 101273
Voltage : 120/277
Diameter : 1.14 in.
Lumens (Initial) : 1700
UL Listed : Damp Locations
Case Quantity : 6

---

**1600 Lumen - 4 ft. T8 - 15 Watt - LED - 50,000 Hours - 3000 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101264**

$20.60 ea

1    Add to Cart

PLT-101264

Brand : PLT
Wattage : 15 Watt
Length : 47.76 in.
Life Hours : 50,000
Lumens Per Watt : 107
Warranty : 5 Years

Part No. : 101264
Voltage : 120/277
Diameter : 1.14 in.
Lumens (Initial) : 1600
UL Listed : Damp Locations
Case Quantity : 6

---

**1600 Lumen - 4 ft. T8 - 15 Watt - LED - 50,000 Hours - 3500 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101267**

$20.60 ea

1    Add to Cart

PLT-101267

Brand : PLT
Wattage : 15 Watt
Length : 47.76 in.
Life Hours : 50,000
Lumens Per Watt : 107
Warranty : 5 Years

Part No. : 101267
Voltage : 120/277
Diameter : 1.14 in.
Lumens (Initial) : 1600
UL Listed : Damp Locations
Case Quantity : 6

---

**1700 Lumen - 4 ft. T8 - 15 Watt - LED - 50,000 Hours - 4000 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101270**

$20.60 ea

1    Add to Cart

PLT-101270

Brand : PLT
Wattage : 15 Watt
Length : 47.76 in.
Life Hours : 50,000
Lumens Per Watt : 113
Warranty : 5 Years

Part No. : 101270
Voltage : 120/277
Diameter : 1.14 in.
Lumens (Initial) : 1700
UL Listed : Damp Locations
Case Quantity : 6

---

**1900 Lumen - 4 ft. T8 - 17.5 Watt - LED - 50,000 Hours - 3500 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101279**

$22.35 ea

1    Add to Cart

PLT-101279

Brand : PLT
Wattage : 17.5 Watt
Length : 47.76 in.
Life Hours : 50,000
Lumens Per Watt : 109
Warranty : 5 Years

Part No. : 101279
Voltage : 120/277
Diameter : 1.14 in.
Lumens (Initial) : 1900
UL Listed : Damp Locations
Case Quantity : 6

---

$22.35 ea

Case 1:15-cv-00053-UNA   Document 1-2   Filed 01/20/15   Page 4 of 4 PageID #: 26



2000 Lumen - 4 ft. T8 - 17.5 Watt - LED - 50,000 Hours - 5000 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101285

| 1 | Add to Cart |

PLT-101285

Brand : PLT
Wattage : 17.5 Watt
Length : 47.76 in.
Life Hours : 50,000
Lumens Per Watt : 114
Warranty : 5 Years

Part No. : 101285
Voltage : 120/277
Diameter : 1.14 in.
Lumens (Initial) : 2000
UL Listed : Damp Locations
Case Quantity : 6



2000 Lumen - 4 ft. T8 - 17.5 Watt - LED - 50,000 Hours - 4000 Kelvin - 80 CRI - Multi-Volt - 180 deg. Beam Angle - PLT 101282

**$23.98 ea**

To Order Call
800-624-4488

PLT-101282

Brand : PLT
Wattage : 17.5 Watt
Length : 47.76 in.
Life Hours : 50,000
Lumens Per Watt : 114
Warranty : 5 Years

Part No. : 101282
Voltage : 120/277
Diameter : 1.14 in.
Lumens (Initial) : 2000
UL Listed : Damp Locations
Case Quantity : 6

## Email Specials & Promos
Sign up for Deals & Promotions.

Enter Your Email Address     Submit Q



1000Bulbs.com is proud to offer our customers products that have earned the government's ENERGY STAR label.

**Quick Links**
Home Page
My Account
Clearance
Coupons
DIY Projects
All Categories
Shop By Brand

**Customer Service**
Contact Us
Returns
Shipping
Warranty
Privacy Policy
FAQ

**Company**
About Us
Press Releases
Testimonials
Employment
Dallas Sign Repair

**Follow Us**

blog.1000bulbs.com
Reviews

© 2015 1000bulbs.com 2140 Merritt Dr., Garland, TX 75041 | All Rights Reserved.
Use of this site signifies your acceptance of 1000Bulbs.com Terms and Conditions and Privacy Policy

1kb-5 // build-1106