# EXHIBIT C

**Subject:** RE: Blackbird Technologies v. Green Creative, PlusRite, Serving Lighting & PLT
**Date:** Friday, April 8, 2016 at 11:16:11 AM Eastern Daylight Time
**From:** Boice, Heather A. (Perkins Coie)
**To:** Sean K. Thompson
**CC:** Wendy Verlander, Chris Freeman, 'Stamatios Stamoulis', Henson, Michael R. (Perkins Coie), provner@potteranderson.com, Merrill, Kourtney Mueller (Perkins Coie)

Sean,

This email is to summarize the telephone call we had today.  Regarding the letters to be filed with the Court today about the dispute over the proposed Protective Order, the parties will be submitting their own respective proposed Protective Orders and not a composite proposed Protective Order of the competing versions.  We also agreed that we will submit our respective letters at 5:00 p.m. Eastern today.  Additionally, we agreed that the Court does not want the parties to submit a responses to each other's Protective Order letters.

Please let me know if you disagree with any of these issues.

Regards,
Heather

**Heather Boice | Perkins Coie LLP**
**SENIOR COUNSEL**
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2385
F. +1.303.291.2485
E. HBoice@perkinscoie.com
and
131 S. Dearborn Street Suite 1700
Chicago, IL  60603-5559
D. +1.312.324-8405
F. +1.312.324.9405

---

**From:** Sean K. Thompson [mailto:sthompson@blackbird-tech.com]
**Sent:** Wednesday, April 06, 2016 7:52 AM
**To:** Boice, Heather A. (Perkins Coie)
**Cc:** Wendy Verlander; Chris Freeman; 'Stamatios Stamoulis'; Henson, Michael R. (Perkins Coie); provner@potteranderson.com; Merrill, Kourtney Mueller (Perkins Coie)
**Subject:** Re: Blackbird Technologies v. Green Creative, PlusRite, Serving Lighting & PLT

Heather,

Thanks for your email.

We confirm your edit to paragraph 4(a), correcting the typo.

As to the changes to paragraph 8 and paragraph 2(c), relating to the prosecution bar and the trigger for the bar, based on our discussions, we understand that even if Blackbird were to agree to Defendants' proposed

changes, Defendants would still not agree to allow Blackbird counsel access to information designated as "Highly Confidential."  Because, under Defendants' proposal, Blackbird counsel will not have access to information designated as "Highly Confidential," and only a subset of "Highly Confidential" information triggers application of the bar, there are no circumstances under which the prosecution bar would apply to Blackbird counsel.  Accordingly, as those provisions concern only Defendants' counsel, Blackbird has no view as to how they should apply.

To be clear, Blackbird maintains its position that Blackbird counsel should have access to information designated as "Highly Confidential," including technical and financial documents.  Blackbird remains willing to further negotiate the terms of the prosecution bar, and other reasonable protections, should Defendants reconsider their position regarding whether Blackbird counsel should be barred from access to "Highly Confidential" information.  Should Defendants not reconsider their position, Blackbird intends to submit the attached proposed Protective Order to the Court on Friday.

Sean K. Thompson | BLACKBIRD TECHNOLOGIES
sthompson@blackbird-tech.com | 617-307-7375

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**From:** "Boice, Heather A. (Perkins Coie)" <HBoice@perkinscoie.com>
**Date:** Tuesday, April 5, 2016 at 11:17 AM
**To:** "Sean K. Thompson" <sthompson@blackbird-tech.com>
**Cc:** Wendy Verlander <wverlander@blackbird-tech.com>, Chris Freeman <cfreeman@blackbird-tech.com>, 'Stamatios Stamoulis' <stamoulis@swdelaw.com>, "Henson, Michael R. (Perkins Coie)" <MHenson@perkinscoie.com>, "provner@potteranderson.com" <provner@potteranderson.com>, "Merrill, Kourtney Mueller (Perkins Coie)" <KMerrill@perkinscoie.com>
**Subject:** RE: Blackbird Technologies v. Green Creative, PlusRite, Serving Lighting & PLT

Sean,

As we discussed during our telephone conference this morning, we have a few proposed changes to the protective order.  The attached red-lines show changes in paragraph 2(c) to the definition of "Highly Confidential – Subject to Prosecution Bar" in paragraph 2(c) and in paragraph 8 regarding the Prosecution Bar.  We also have a small edit to paragraph 4(a) to correct a typo.  Please let us know if you agree to these proposed changes.

Finally, our edit to paragraph 4(b) which the parties currently dispute is shown.

Regards,
Heather

**Heather Boice | Perkins Coie LLP**
SENIOR COUNSEL
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2385
F. +1.303.291.2485
E. HBoice@perkinscoie.com
and
131 S. Dearborn Street Suite 1700
Chicago, IL  60603-5559
D. +1.312.324-8405
F. +1.312.324.9405

**From:** Sean K. Thompson [mailto:sthompson@blackbird-tech.com]
**Sent:** Friday, April 01, 2016 7:59 AM
**To:** Boice, Heather A. (Perkins Coie)
**Cc:** Wendy Verlander; Chris Freeman; 'Stamatios Stamoulis'; Henson, Michael R. (Perkins Coie); provner@potteranderson.com; Merrill, Kourtney Mueller (Perkins Coie)
**Subject:** Re: Blackbird Technologies v. Green Creative, PlusRite, Serving Lighting & PLT

Heather,

Before we approach the Court, we suggest that the parties, including Delaware counsel, have a final meet and confer on these issues.  Please let us know if you are available today at 1PM ET.  We can use the dial-in below:

805-309-2350, Passcode: 302-999-1540

Sean K. Thompson | BLACKBIRD TECHNOLOGIES
sthompson@blackbird-tech.com | 617-307-7375

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**From:** "Sean K. Thompson" <sthompson@blackbird-tech.com>
**Date:** Thursday, March 31, 2016 at 6:33 PM
**To:** "Boice, Heather A. (Perkins Coie)" <HBoice@perkinscoie.com>
**Cc:** Wendy Verlander <wverlander@blackbird-tech.com>, Chris Freeman <cfreeman@blackbird-tech.com>, 'Stamatios Stamoulis' <stamoulis@swdelaw.com>, "Henson, Michael R. (Perkins Coie)" <MHenson@perkinscoie.com>, "provner@potteranderson.com" <provner@potteranderson.com>, "Merrill, Kourtney Mueller (Perkins Coie)" <KMerrill@perkinscoie.com>
**Subject:** Re: Blackbird Technologies v. Green Creative, PlusRite, Serving Lighting & PLT

Heather,

Given the nature of this case, we cannot agree to a Protective Order that would preclude Blackbird counsel from reviewing "technical" documents.  Nor are such restrictions justifiable under well-settled law.

As to Paragraph 2(c), under your clients' proposal, the prosecution bar would never apply to Blackbird counsel, who could not review Protected Information.  To the extent Blackbird counsel cannot review Protected Information, we have no view as to the scope of the "HIGHLY CONFIDENTIAL-SUBJECT TO PROSECUTION BAR" material.  If your clients would be willing to reconsider allowing Blackbird counsel access to Protected Information, we would potentially be willing to further consider the scope of information subject to the prosecution bar.  However, based on our discussions and your email, it appears that we are at an impasse on that issue.

Sean K. Thompson | BLACKBIRD TECHNOLOGIES
sthompson@blackbird-tech.com | 617-307-7375

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**From:** "Boice, Heather A. (Perkins Coie)" <HBoice@perkinscoie.com>
**Date:** Thursday, March 31, 2016 at 6:12 PM
**To:** "Sean K. Thompson" <sthompson@blackbird-tech.com>
**Cc:** Wendy Verlander <wverlander@blackbird-tech.com>, Chris Freeman <cfreeman@blackbird-tech.com>, 'Stamatios Stamoulis' <stamoulis@swdelaw.com>, "Henson, Michael R. (Perkins Coie)" <MHenson@perkinscoie.com>, "provner@potteranderson.com" <provner@potteranderson.com>, "Merrill, Kourtney Mueller (Perkins Coie)" <KMerrill@perkinscoie.com>
**Subject:** RE: Blackbird Technologies v. Green Creative, PlusRite, Serving Lighting & PLT

Sean,

Thank-you for your email.  Our position on the proposed Protective Order is different than how you described it below.  The proposed Protective Order currently does not provide for a third-tier "Confidential" designation.  We would be willing to consider a "Confidential" designation which would allow a limited number of in-house counsel to review documents and information designated "Confidential."  We will not agree, however, to allow in-house counsel to have access to financial documents or technical documents.  If you want to create a new "Confidential" designation for us to consider, please send us proposed language.

Also, regarding paragraph 2c, please confirm that you agree that the designation "Highly Confidential – Subject to Prosecution Bar" may be applied to proprietary technical information of all products, regardless of whether they are being marketed or are on sale.

Regards,
Heather

**Heather Boice | Perkins Coie LLP**
SENIOR COUNSEL
1900 Sixteenth Street Suite 1400
Denver, CO 80202-5255
D. +1.303.291.2385
F. +1.303.291.2485
E. HBoice@perkinscoie.com
and
131 S. Dearborn Street Suite 1700
Chicago, IL  60603-5559
D. +1.312.324.8405
F. +1.312.324.9405

---

**From:** Sean K. Thompson [mailto:sthompson@blackbird-tech.com]
**Sent:** Thursday, March 31, 2016 3:31 PM
**To:** Boice, Heather A. (Perkins Coie)
**Cc:** Wendy Verlander; Chris Freeman; 'Stamatios Stamoulis'; Henson, Michael R. (Perkins Coie);
provner@potteranderson.com
**Subject:** Blackbird Technologies v. Green Creative, PlusRite, Serving Lighting & PLT

Heather,

Thanks for your call earlier.  Just to confirm your clients' position, you stated that they will not agree to Paragraph 4(b)(ii), allowing counsel at Blackbird Technologies access to Protected Information, under any circumstance.  To the extent that is correct, we agree that the parties are at an impasse with respect to this issue and should seek the Court's assistance in resolving it.  However, I understand that we are agreed with regard to all other outstanding issues in the draft protective order.  If that is not the case, please let me know.

Sean

Sean K. Thompson
**BLACKBIRD TECHNOLOGIES**
One Boston Place, Suite 2600

Boston, MA 02108
www.blackbird-tech.com
sthompson@blackbird-tech.com
617-307-7375

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.