

**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

Stamatios Stamoulis
stamoulis@swdelaw.com

May 9, 2016

**VIA CM/ECF –** ███████████        PUBLIC VERSION

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  *Blackbird Technologies v. Amazon.com, Inc., et al.*, C.A. Nos. 15-53—54, 56-64

Dear Judge Andrews,

        Pursuant to Your Honor's request at the May 5, 2016 Hearing, Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Blackbird") hereby submits declarations from Ms. Verlander and Messrs. Freeman and Thompson in connection with the parties' dispute regarding the proposed Protective Order.

Respectfully,

Stamatios Stamoulis #4606
*Counsel for Plaintiff Blackbird Tech LLC*
*d/b/a Blackbird Technologies*

cc:      All Registered Counsel (via <u>CM/ECF, filed under seal</u>)