**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH, LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE LIGHTING AND ELECTRICAL SUPPLIES, INC. D/B/A 1000BULBS.COM, AND PRECISION LIGHTING AND TRANSFORMER, INC.,<br><br>Defendants. | C.A. No. 15-053 (RGA)<br><br>JURY TRIAL DEMANDED |

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Blackbird Tech LLC d/b/a/ Blackbird Technologies ("Blackbird Technologies") hereby alleges for its First Amended Complaint for Patent Infringement against the above-named Defendants, on personal knowledge as to its own activities and on information and belief as to all other matters, as follows:

THE PARTIES

1. Plaintiff Blackbird Technologies is a company organized under the laws of Delaware, with its principal place of business located at One Boston Place, Suite 2600, Boston, MA, 02108.

2. Defendant Service Lighting and Electrical Supplies, Inc. d/b/a 1000bulbs.com ("1000bulbs.com") is a corporation organized under the laws of Texas with its principal place of business located at 2140 Merritt Dr., Garland, TX 75041.

3. Defendant Precision Lighting and Transformer, Inc. ("PLT") is a corporation organized under the laws of Texas with its principal place of business located at 2140 Merritt Dr., Garland, TX 75041.

4. Upon information and belief, PLT is the "house brand" of 1000bulbs.com and thus manufactures and brands products to be sold on the website www.1000bulbs.com. Therefore, PLT and 1000bulbs.com are properly joined in this Action.

## JURISDICTION AND VENUE

5. This is an action for patent infringement arising under the provisions of the Patent Laws of the United States of America, title 35, United States Code §§ 100, *et sec*.

6. Subject-matter jurisdiction over Blackbird Technologies' claims is conferred upon this Court by 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1338(a) (patent jurisdiction).

7. This Court has personal jurisdiction over Defendants because Defendants are subject to general and specific jurisdiction in the State of Delaware. Defendants have also established minimum contacts with this forum. Defendants regularly conduct business in the State of Delaware, including by manufacturing, selling, and/or offering to sell products in this judicial district. Defendants' actions constitute patent infringement in this district in violation of 35 U.S.C. § 271 and place infringing products into the stream of commerce, with the knowledge and understanding that such products are sold in this District. The acts by Defendants cause injury to Blackbird Technologies within this District.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 (b) and (c) and § 1400(b) and because Defendants transact business within this District and offer for sale in this District products that infringe U.S. Patent No. 7,086,747.

COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,086,747

9. Blackbird Technologies reasserts and incorporates herein by reference the allegations of all preceding paragraphs of this Complaint as if fully set forth herein.

10. On August 8, 2006, U.S. Patent No. 7,086,747 (the "'747 Patent") entitled, "Low-Voltage Apparatus for Satisfying After-Hours Lighting Requirements, Emergency Lighting Requirements, and Low Light Requirements," a true and correct copy of which is attached hereto as "Exhibit A," was duly and legally issued by the U.S. Patent and Trademark Office. Blackbird Technologies is the owner by assignment of all right, title, and interest to the '747 Patent, including all right to recover for any and all past infringement thereof.

11. The '747 Patent is valid and enforceable.

12. 1000bulbs.com and PLT have in the past and continue to infringe literally, and/or under the Doctrine of Equivalents, one or more of the claims of the '747 Patent by making, using, importing, selling and/or offering to sell, in this judicial district and elsewhere in the United States, Retrofit LED Tube Lights which are covered by at least one claim of the '747 Patent. Defendants' infringing activities violate 35 U.S.C. § 271.

13. Specifically, PLT manufactures or otherwise supplies, and 1000bulbs.com offers for sale, and, on information and belief, sells, Retrofit LED Tube Lights which are covered by one or more claims of the '747 Patent, including but not limited to one or more of the LED Tube Lights listed in Exhibit B.

14. Further, 1000bulbs.com offers for sale, and, on information and belief, sells, Retrofit LED Tube Lights manufactured by ELB Electronics, Inc. which are covered by one or more claims of the '747 Patent, including but not limited to one or more of the LED Tube Lights listed in Exhibit C.

15. Further, 1000bulbs.com offers for sale, and, on information and belief, sells, Retrofit LED Tube Lights manufactured by ETi Solid State Lighting Inc. which are covered by one or more claims of the '747 Patent, including but not limited to one or more of the LED Tube Lights listed in Exhibit D.

16. Further, 1000bulbs.com offers for sale, and, on information and belief, sells, Retrofit LED Tube Lights manufactured by Kobi Electric, Inc. which are covered by one or more claims of the '747 Patent, including but not limited to one or more of the LED Tube Lights listed in Exhibit E.

17. Further, 1000bulbs.com offers for sale, and, on information and belief, sells, Retrofit LED Tube Lights manufactured by PlusRite USA, Corp. d/b/a/ naturaLED which are covered by one or more claims of the '747 Patent, including but not limited to one or more of the LED Tube Lights listed in Exhibit F.

18. Alternatively, Defendants have contributed to the infringement of the '747 Patent by selling or offering to sell within the United States a component of a patented machine or manufacture, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of the '747 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use. Defendants have had actual knowledge of the '747 patent since at least January 20, 2015, when the Complaint in this case was filed. Since that time, Defendants have sold or offered to sell within the United States LED Tube Lights, including, but not limited to, the products identified above, which are a component of a machine and/or manufacture claimed by the '747 Patent, and/or a material or apparatus for use in practicing a process claimed by the '747 Patent. The LED Tube Lights are a material part of the claimed

invention. For example, the LED Tube Lights are components of an energy-efficient lighting apparatus for retrofit with an existing light fixture having a ballast cover, as described in claim 12 of the '747 Patent. When these components are coupled to a wall switch, as described in claim 12 of the '747 Patent, the resulting structure infringes claim 12 of the '747 Patent. By coupling the LED Tube Lights to a wall switch, Defendants' customers, and others, have infringed and are continuing to infringe the '747 Patent. Further, Defendants know that the LED Tube Lights are especially made or especially adapted for use in an infringement of the '747 Patent and that they are not a staple article or commodity of commerce suitable for substantial noninfringing use. To the extent the LED Tube Lights can be used in configurations where they are not coupled to a wall switch, those uses are insubstantial, particularly when compared with their use in configurations where they are coupled to a wall switch.

19. In the further alternative, Defendants have actively induced infringement of the '747 Patent by directing purchasers of products, including, but not limited to, the LED Tube Lights, to couple those products to a wall switch, as described in, for example, claims 12 of the '747 Patent. Defendants actively induced these actions while knowing that the induced acts constitute infringement of the '747 Patent. Defendants have had actual knowledge of the '747 patent since at least January 20, 2015, when the Complaint in this case was filed and, since that time, has been aware that the accused products infringe the '747 Patent. Defendants have induced infringement by, without limitation, making, using, importing, selling and/or offering for sale the LED Tube Lights for use by customers and others and, upon information and belief, providing those customers and others with instructions and information as to arrangements, applications, and uses of the LED Tube Lights that promote and demonstrate how to use the LED Tube Lights in a manner that would infringe the '747 Patent, including by coupling those LED Tube Lights to a wall switch.

Accordingly, since at least January 20, 2015, Defendants have specifically intended their customers to infringe the ‘747 Patent and have known that their customers’ acts constitute infringement.

20. Blackbird Technologies is informed and believes, and on that basis alleges, that Defendants have gained profits by virtue of their respective infringement of the ‘747 Patent.

21. Blackbird Technologies has sustained damages as a direct and proximate result of Defendants’ respective infringement of the ‘747 Patent.

22. As a consequence of Defendants’ infringement of the ’747 Patent, Blackbird Technologies is entitled to recovery of past damages in the form of, at a minimum, a reasonable royalty.

23. Upon information and belief, Defendants will continue to infringe the ‘747 Patent unless enjoined by this Court.

24. As a consequence of continued infringement of the ‘747 Patent by Defendants complained of herein, Blackbird Technologies has been irreparably damaged to an extent not yet determined and will continue to be irreparably damaged by such acts unless Defendants are enjoined by this Court from committing further acts of infringement. Blackbird Technologies has no adequate remedy at law. In the event this Court determines that it will not award injunctive relief, this Court should require Defendants to pay damages for past infringement of the ‘747 Patent and royalties for its infringement of the ‘747 Patent on a going-forward basis.

## PRAYER FOR RELIEF

WHEREFORE, Blackbird Technologies respectfully requests that this Court enter judgment against 1000bulbs.com and PLT, as follows:

A. Adjudging that the ‘747 Patent is valid and enforceable;

B. Adjudging that 1000bulbs.com and PLT have each infringed one or more claims of the '747 Patent, directly or indirectly, literally or under the Doctrine of Equivalents, in violation of 35 U.S.C. § 271;

C. An award of damages to be paid by Defendants adequate to compensate Plaintiff for their past infringement and any continuing or future infringement up until the date such judgment is entered, and in no event less than a reasonable royalty, including interest, costs, and disbursements as justified under 35 U.S.C. § 284 and, if necessary to adequately compensate Plaintiff for Defendants' infringement, an accounting of all infringing sales including, but not limited to, those sales not presented at trial;

D. Granting Blackbird Technologies permanent injunctive relief pursuant to 35 U.S.C. § 283 enjoining Defendants, their respective officers, agents, servants, employees, affiliates, and those persons in active consort with them from future acts of patent infringement of the '747 Patent;

E. Awarding Blackbird Technologies all damages, including treble damages, pursuant to 35 U.S.C. § 284;

F. In the event that this Court determines that it will not enter injunctive relief, ordering Defendants to continue to pay royalties to Blackbird Technologies for infringement of the '747 Patent on a going-forward basis;

G. This case be judged an Exceptional Case under 25 U.S.C. § 285, and costs and attorney's fees be awarded to Blackbird Technologies;

H. Awarding Plaintiff pre-judgment and post-judgment interest at the maximum rate permitted by law on its damages; and

I. Blackbird Technologies be granted such further relief as this Court deems just and proper under the circumstances.

DEMAND FOR JURY TRIAL

Blackbird Technologies demands a trial by jury on all claims and issues so triable.

Dated: July 1, 2016

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*

Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Blackbird Tech LLC*
*d/b/a Blackbird Technologies*

OF COUNSEL

Christopher Freeman
cfreeman@blackbird-tech.com
Wendy Verlander
wverlander@blackbird-tech.com
Sean K. Thompson
sthompson@blackbird-tech.com
Blackbird Tech LLC d/b/a
Blackbird Technologies
One Boston Place, Suite 2600
Boston, MA 02108
617.307.7100

# EXHIBIT A

US007086747B2

# (12) United States Patent
Nielson et al.

(10) Patent No.: US 7,086,747 B2
(45) Date of Patent: Aug. 8, 2006

(54) **LOW-VOLTAGE LIGHTING APPARATUS FOR SATISFYING AFTER-HOURS LIGHTING REQUIREMENTS, EMERGENCY LIGHTING REQUIREMENTS, AND LOW LIGHT REQUIREMENTS**

(75) Inventors: **Lyman O. Nielson**, Fruit Heights, UT (US); **Norman B. Hess**, Fruit Heights, UT (US)

(73) Assignee: **SAFEexit, Inc.**, Fruit Heights, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 24 days.

(21) Appl. No.: **10/733,853**

(22) Filed: **Dec. 11, 2003**

(65) **Prior Publication Data**

US 2004/0257789 A1 Dec. 23, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/432,562, filed on Dec. 11, 2002.

(51) **Int. Cl.**
*F21V 23/04* (2006.01)

(52) **U.S. Cl.** ........................ **362/20**; 362/228; 362/251

(58) **Field of Classification Search** .................. 362/20, 362/228, 240, 260, 545, 555, 800, 249, 251
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,204,272 A * 5/1980 Kim ........................... 362/200
4,206,493 A * 6/1980 Towne et al. ............... 362/240
4,216,524 A * 8/1980 Leveraus .................... 362/464
4,255,746 A 3/1981 Johnson et al.
4,419,658 A 12/1983 Jarosz et al.
4,454,452 A 6/1984 Feldstein
4,617,561 A 10/1986 Brown
D290,406 S 6/1987 Brown
4,945,280 A 7/1990 Beghelli
4,977,351 A 12/1990 Bavaro et al.
5,130,909 A 7/1992 Gross
5,145,247 A 9/1992 Mandy
5,146,209 A 9/1992 Beghelli
5,365,145 A 11/1994 Fields
5,406,724 A * 4/1995 Lin ............................ 36/137
5,410,453 A * 4/1995 Ruskouski .................. 362/20
5,416,384 A 5/1995 Bavaro
5,574,423 A * 11/1996 Vosika et al. ............... 340/333
5,587,705 A 12/1996 Morris
5,731,759 A 3/1998 Finucan
5,739,639 A 4/1998 Johnson
5,786,767 A 7/1998 Severino

(Continued)

OTHER PUBLICATIONS

Dimango, "Power Failure Night Light: Model HS9610", Mar. 5, 2003, 2 pages, http://www.eztone.com/hs9610.htm.

(Continued)

*Primary Examiner*—Alan Cariaso
*Assistant Examiner*—Jason Han
(74) *Attorney, Agent, or Firm*—Madson & Austin

(57) **ABSTRACT**

An energy-efficient lighting apparatus is disclosed. The lighting apparatus includes a ballast cover. The ballast cover includes a plurality of ballast cover holes. The lighting apparatus also includes a circuit board comprising a plurality of light-emitting diodes. The circuit board is positioned adjacent the ballast cover so that the plurality of light-emitting diodes protrude through the plurality of ballast cover holes in the ballast cover. The lighting apparatus may also include a battery for supplying power to the plurality of light-emitting diodes.

**32 Claims, 5 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,833,350 | A | * | 11/1998 | Moreland | 362/95 |
| 5,936,532 | A | | 8/1999 | Peralta | |
| RE36,696 | E | * | 5/2000 | Blackman | 362/20 |
| 6,133,839 | A | | 10/2000 | Ellul, Jr. et al. | |
| 6,249,221 | B1 | | 6/2001 | Reed | |
| 6,384,724 | B1 | | 5/2002 | Landais | |
| 6,420,973 | B1 | | 7/2002 | Acevedo | |
| 6,609,804 | B1 | | 8/2003 | Nolan et al. | |
| 6,624,750 | B1 | | 9/2003 | Marman et al. | |
| 6,726,348 | B1 | * | 4/2004 | Gloisten | 362/372 |
| 6,784,357 | B1 | * | 8/2004 | Wang | 136/244 |
| 2004/0100787 | A1 | * | 5/2004 | Harris | 362/20 |

OTHER PUBLICATIONS

First Alert, "Night Lights", Mar. 5, 2003, 2 pages, http://www.firstalert.com/home__safety/night__lights/night__light__catalog.htm.
Sage Lighting Ltd., "LED Lighting Products", Feb. 6, 2004, 3 pages.
Author Unknown, "SA358: Smoke Alarm with Emergency Light", Feb. 6, 2004, 1 page.
Primatech SRL, "Gas and Smoke Detector: ESM-768 Semiconductor/Ionisation Technology", Feb. 6, 2004, 2 pages, http://www.romgaz.com.
Star Batteries, "3 in 1 LED Emergency Light: Nexstar 3 in 1 Power Failure LED Emergency Light+LED Flashlight+Night Light", Feb. 6, 2004, 3 pages.
Safe & Sound, "Kidde Ionization Smoke Alarm w/Exit Light", Feb. 6, 2004, 1 page.
Global Information, Inc., "Light Emitting Diodes for Lighting Applications", Feb. 6, 2004, 3 pages, http://www.the-infoshop.com.
National Fire Protection Association, "NFPA Fact Sheets: School, College, and University Dormitory, Fraternity and Sorority House Fires", Feb. 6, 2004, 2 pages.
Author Unknown, "Homeowners Insurance: Rising Cost of Homeowners Insurance," Feb. 6, 2004, 8 pages.
Norlux Corporation, "The LED Advantage", Feb. 6, 2004, 2 pages.
Mark Kendall and Michael Scholand, "Energy Savings Potential of Solid State Lighting in General Lighting Applications" (Final Report), Apr. 2001, 33 pages (Cover pages, p. i-ii, p. 3-31).
Steve Johnson, "The Solid State Lighting Initiative: An Industry/ DOE Collaborative Effort", Oct. 2000, 6 pages (cover, p. 1-5), Nov./Dec. 2000 Issue, Architectural Lighting.
Ledtronics, Inc., "Energy Efficient, High Powered Accent & Area Lighting LED Light Strip Illuminator Module", Oct. 2000, 1 page, http://www.ledtronics.com.
Firefly Technology Corporation, "World's First! Super Energy Efficient Solid-State Egress/Night Lighting", Copyright 2000, 2001, 2002 and 2003, 1 page, http://www.firefly-technology.com.
Oxley Developments Company, "Way Guidance Lighting Surviv Lite Emergency Egress Lighting", Oct. 1999, 2 pages, http://www.oxleygroup.com.
First Alert, "PowerFailure Night Light" (User Manual), Copyright 1997, 6 pages, http://www.firstalert.com.
Arpad A. Bergh, "A View on the Future of Solid State Lighting", IODA Optoelectronics Industry Development Association, date unknown, 6 pages.
The Bodine Company, Inc., "GTD™ Generator Transfer Device for Generator-Supplied Lighting", date unknown, 2 pages, http://www.bodine.com.
Firefly Technology Corporation, "Down Light/ Night Light Strip", date unknown, 1 page.
Firefly Technology Corporation, "Super Energy Efficient Solid-State Egress/ Night Lighting", date unknown, 1 page.
Author Unknown, Egress Aisles-Exit Signs- Egress Lighting Requirements, date unknown, 2 pages.

* cited by examiner




Fig. 1




Fig. 2


LEDs
304
Switching Circuit
322
Lighting Apparatus
300
Battery
312
Battery Charging Circuit
324
Ballast
320
Wall Switch
316
AC Voltage Source
318

Fig. 3


LEDs
404
Lighting Apparatus
400
Switching
Circuit
422
Alarm
Device
426
Battery
412
Battery
Charging
Circuit
424
Ballast
420
Wall Switch
416
AC Voltage
Source
418

Fig. 4




Fig. 5




Fig. 6

# LOW-VOLTAGE LIGHTING APPARATUS FOR SATISFYING AFTER-HOURS LIGHTING REQUIREMENTS, EMERGENCY LIGHTING REQUIREMENTS, AND LOW LIGHT REQUIREMENTS

## RELATED APPLICATIONS

This application is related to and claims priority from U.S. patent application Ser. No. 60/432,562, filed Dec. 11, 2002, for "Low-Voltage Lighting Apparatus," with inventors Lyman O. Nielson and Norman B. Hess, which is incorporated herein by reference.

## TECHNICAL FIELD

The present invention relates generally to lighting apparatus for use in buildings. More specifically, the present invention relates to lighting apparatus that provide sufficient illumination to satisfy after-hours lighting requirements, emergency lighting requirements, and low light requirements.

## BACKGROUND

There are many types of light fixtures. Light fixtures may utilize incandescent lamps, fluorescent lamps, metal halide lamps, and others. One of the most widely used light fixtures for large buildings, stores, warehouses, manufacturing facilities, and the like is the fluorescent light fixture. Fluorescent light fixtures are efficient to operate and are capable of illuminating relatively large areas.

A typical fluorescent light fixture has an elongated housing, usually made of metal or plastic with a downwardly opening elongated cavity in which is carried one or more tubular fluorescent lamps for emitting light below the fixture. The central element in a fluorescent lamp is a sealed glass tube. The tube contains a small amount of mercury and an inert gas, typically argon, kept under very low pressure. The tube also contains a phosphor powder. The phosphor powder is coated along the inside of the glass tube. The tube has two electrodes, one at each end, which are wired to an electrical circuit. The electrical circuit is connected to an alternating current (AC) source. When a fluorescent lamp is turned on, the current flows through the electrical circuit to the electrodes. The current stimulates the mercury atoms, causing them to release ultraviolet photons. These photons in turn stimulate the phosphor, which emits visible light photons.

In most commercial buildings, it is not necessary to keep all of the light fixtures illuminated after normal business hours. Indeed, it is generally desirable to keep after-hours lighting to the minimum necessary for maintenance and security personnel to be able to effectively perform their duties. Presently, this is accomplished by turning on only a few of the available light fixtures.

Emergency lighting is utilized in most buildings to provide light for egress and to direct occupants toward the exits in case of a loss of main power to a building. This is generally accomplished by installing exit and emergency lighting fixtures at various locations, such as corridors, stairwells, ramps, escalators, aisles, exit passageways, and the like. The exit and emergency lighting fixtures are generally self-contained and may utilize small batteries which are kept charged in case of main power failure.

In some situations, it is desirable to have only a minimal amount of light within a room. For example, when a person



is giving a presentation that includes the display of pictures and/or video, it is typically desirable for the room to be somewhat dim but not completely dark. As another example, some individuals like to reduce the amount of light within their office when they are working on a computer, in order to maximize the contrast between their computer monitor and the surrounding area. There are numerous other examples of situations where it may be desirable for the light fixtures in a particular area to be able to satisfy low light requirements, i.e., to provide only a minimal amount of light.

In view of the foregoing, benefits may be realized by improved light fixtures that are capable of satisfying after-hours lighting requirements more efficiently and conveniently than presently known light fixtures. Additional benefits may be realized if such improved light fixtures were also capable of providing emergency lighting in situations where power to a building has been lost. Yet additional benefits may be realized if such improved light fixtures were also capable of satisfying low light requirements.

## SUMMARY OF THE INVENTION

An energy-efficient lighting apparatus is disclosed. The lighting apparatus includes a ballast cover. The ballast cover includes a plurality of ballast cover holes. The lighting apparatus also includes a circuit board comprising a plurality of light-emitting diodes. The circuit board is positioned adjacent the ballast cover so that the plurality of light-emitting diodes protrude through the plurality of ballast cover holes in the ballast cover. The lighting apparatus may also include a battery for supplying power to the plurality of light-emitting diodes.

The lighting apparatus may also include a switching circuit for controlling illumination of the plurality of light-emitting diodes. The switching circuit may include a first portion for placing the switching circuit in communication with a wall switch. The switching circuit may also include a second portion for coupling the switching circuit to the battery. The switching circuit may also include a third portion for coupling the switching circuit to the plurality of light-emitting diodes.

In some embodiments, the switching circuit couples the battery to the plurality of light-emitting diodes if the switching circuit is not receiving AC voltage from an AC voltage source that is coupled to the wall switch. The switching circuit does not couple the battery to the plurality of light-emitting diodes if the switching circuit is receiving the AC voltage from the AC voltage source.

Alternatively, the switching circuit may additionally include a fourth portion for receiving an alarm signal from an alarm device. The switching circuit couples the battery to the plurality of light-emitting diodes if the switching circuit is receiving the alarm signal.

The lighting apparatus may also include a battery charging circuit for charging the battery. The battery charging circuit may include a first portion for coupling the battery charging circuit to an AC voltage source. The battery charging circuit may also include a second portion for coupling the battery charging circuit to the battery.

In some embodiments, the circuit board additionally includes a battery test light coupled to the battery. The battery test light may protrude through one of the plurality of ballast cover holes.

An energy-efficient lighting apparatus for retrofit with an existing light fixture having a ballast cover is also disclosed. The lighting apparatus includes a housing having an attach-

ment surface and an illumination surface. The illumination surface includes a plurality of illumination surface holes. The lighting apparatus also includes a circuit board comprising a plurality of light-emitting diodes. The circuit board is positioned adjacent the housing so that the plurality of light-emitting diodes protrude through the plurality of illumination surface holes in the illumination surface. The lighting apparatus also includes a fastening mechanism for securing the attachment surface of the lighting apparatus to the ballast cover.

The lighting apparatus may also include a connector in the attachment surface of the housing that snaps into a ballast cover hole in the ballast cover. Wires may be provided for connecting the circuit board to the battery through the connector. In some embodiments, the fastening mechanism may include an adhesive strip having a protective cover.

A method for providing illumination to an area in an energy-efficient manner is also disclosed. The method involves providing a ballast cover. The ballast cover is attachable to a light fixture. The ballast cover has a plurality of ballast cover holes. The method also involves providing a circuit board that includes a plurality of light-emitting diodes. The method additionally involves positioning the circuit board adjacent the ballast cover so that the plurality of light-emitting diodes protrude through the plurality of ballast cover holes in the ballast cover.

In some embodiments, the method additionally involves illuminating the plurality of light-emitting diodes when a light bulb within the light fixture is not illuminated. Alternatively, the method may involve not illuminating the plurality of light-emitting diodes when the light bulb within the light fixture is illuminated. Alternatively still, the method may involve receiving an alarm signal from an alarm device, and, in response to receiving the alarm signal, illuminating the plurality of light-emitting diodes.

A method for retrofitting a light fixture with an energy-efficient lighting apparatus is also disclosed. The light fixture includes a ballast cover. The method involves providing a housing having an attachment surface and an illumination surface. The illumination surface includes a plurality of illumination surface holes. The method also involves providing a circuit board comprising a plurality of light-emitting diodes. The method also involves positioning the circuit board adjacent the housing so that the plurality of light-emitting diodes protrude through the plurality of illumination surface holes in the illumination surface. The method also involves securing the attachment surface of the housing to the ballast cover.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present embodiments will become more fully apparent from the following description and appended claims, taken in conjunction with the accompanying drawings. Understanding that these drawings depict only typical embodiments and are, therefore, not to be considered limiting of the invention's scope, the embodiments will be described with additional specificity and detail through use of the accompanying drawings in which:

FIG. **1** is a top plan view of an embodiment of a lighting apparatus that provides sufficient illumination to satisfy after-hours lighting requirements, emergency lighting requirements, and low light requirements;

FIG. **2** is a side plan view of the plurality of light-emitting diodes in the lighting apparatus of FIG. **1** coupled to a circuit board;

FIG. **3** is a block diagram illustrating various components in an embodiment of the lighting apparatus as well as several additional components that are used with the lighting apparatus in typical operation;

FIG. **4** is a block diagram illustrating various components in another embodiment of the lighting apparatus as well as several additional components that are used with the lighting apparatus in typical operation;

FIG. **5** is a side plan view of another embodiment of a lighting apparatus; and

FIG. **6** is a top plan view of the embodiment of the lighting apparatus shown in FIG. **5**.

## DETAILED DESCRIPTION

Various embodiments of the invention are now described with reference to the Figures, where like reference numbers indicate identical or functionally similar elements. It will be readily understood that the components of the present invention, as generally described and illustrated in the Figures herein, could be arranged and designed in a wide variety of different configurations. Thus, the following more detailed description of several exemplary embodiments of the present invention, as represented in the Figures, is not intended to limit the scope of the invention, as claimed, but is merely representative of the embodiments of the invention.

The word "exemplary" is used exclusively herein to mean "serving as an example, instance, or illustration." Any embodiment described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other embodiments. While the various aspects of the embodiments are presented in drawings, the drawings are not necessarily drawn to scale unless specifically indicated.

FIG. **1** is a top plan view of an embodiment of a lighting apparatus **100** installed in a light fixture housing **101**. In the illustrated embodiment, the lighting apparatus **110** includes a ballast cover **110**. The ballast cover **110** includes a plurality of notches **115** that hold the ballast cover **110** in place within the light fixture housing **101**. The lighting apparatus **100** also includes a plurality of light-emitting diodes (LEDs) **104**, which protrude through holes in the ballast cover **110**.

In addition to the lighting apparatus **100**, a pair of fluorescent lights **102** are also installed in the light fixture housing **101**. As shown in FIG. **1**, when the lighting apparatus **100** and the fluorescent lights **102** are installed in the light fixture housing **101**, the fluorescent lights **102** and the LEDs **104** are visible when looking at the finished side of the light fixture housing **101**.

The fluorescent lights **102** and the LEDs **104** may be turned on at different times to accomplish different purposes. For example, the fluorescent lights **102** may be turned on in a building during normal business hours. The LEDs **104** may be turned on at night to satisfy after-hours lighting requirements. The LEDs **104** may also be turned on to provide emergency lighting when power to a building has been lost. The LEDs **104** may also be turned on at various times to satisfy low light requirements.

The use of LEDs **104** to satisfy after-hours lighting requirements, emergency lighting requirements, and/or low light requirements may result in significant power savings. Typically, LEDs **104** consume significantly less power than fluorescent lights **102**. For example, the power consumption of an average fluorescent light bulb **102** is 77–96 watts. In contrast, the power consumption of 80 LEDs **104** is only approximately 8 watts.

Power is supplied to the fluorescent lights **102** from an AC source by means of a ballast (not shown). The ballast cover **110** covers the primary wiring to the fixture **101**, including the ballast. In some contexts, the ballast cover **110** may be referred to as a raceway cover. The ballast is coupled to an AC voltage source by means of a wall switch (not shown), i.e., a switch that is mounted to a wall within a room where the light fixture housing **101** is installed. The wall switch is accessible to individuals within the room, and allows individuals to turn the fluorescent lights **102** on and off. When the wall switch is in a closed position, the AC voltage source supplies AC voltage to the ballast. The ballast maintains a desired current through the fluorescent lights **102** so that the fluorescent lights **102** are illuminated. When the wall switch is in an open position, the AC voltage source does not supply AC voltage to the ballast. Consequently, the ballast does not maintain any current through the fluorescent lights **102**, and the fluorescent lights **102** are not illuminated.

FIG. **2** is a side plan view of the plurality of light-emitting diodes **104** in the lighting apparatus **100** of FIG. **1** coupled to a circuit board **211**. The circuit board **211** holds the LEDs **104** in place. The circuit board **211** is shown without the ballast cover **110** in FIG. **2**. However, at some point during installation of the lighting apparatus **100**, the circuit board **211** is positioned adjacent the ballast cover **110** so that the LEDs **104** protrude through holes in the ballast cover **110**. In some embodiments, the circuit board **211** may be secured to the ballast cover **110**. As used herein, the term "secured" includes but does not require direct contact. That is, the circuit board **211** may be directly touching the ballast cover **110**. Alternatively, the circuit board **211** may not be directly touching the ballast cover **110**. When the lighting apparatus **100** is installed in a light fixture housing **101**, the circuit board **211** is part of the ballast compartment, or raceway.

The lighting apparatus **100** includes a battery **212** for supplying DC voltage to the LEDs **104**. The lighting apparatus **100** may also include circuitry **213** for accomplishing various functionality. The battery **212** and the circuitry **213** are coupled to the circuit board **211**. Connectors may be used to couple the battery **212** and the circuitry **213** to the circuit board **211**. In alternative embodiments, wires may be used.

The circuitry **213** may include a switching circuit that controls when DC voltage from the battery **212** is supplied to the LEDs **104**. The circuitry **213** may also include a battery charging circuit that charges the battery **212**. The switching circuit and the battery charging circuit are not specifically shown in FIG. **2**. However, these circuits will be discussed below.

The embodiment of the lighting apparatus **100** shown in FIGS. **1**–**2** and discussed in connection therewith may be used to replace existing ballast covers. Alternatively, or in addition, the lighting apparatus **100** may be used in new installations of light fixtures.

FIG. **3** is a block diagram illustrating various components in an embodiment of the lighting apparatus **300**. FIG. **3** also illustrates several components that are used with the lighting apparatus **300** in typical operation.

The components that are used with the lighting apparatus **300** include a wall switch **316**, an AC voltage source **318**, and a ballast **320**. The wall switch **316** couples the AC voltage source **318** to the ballast **320**. As discussed above, when the wall switch **316** is in the closed position, the AC voltage source **318** supplies AC voltage to the ballast **320**. The ballast **320** maintains a desired current through the fluorescent lights **102**, so that the fluorescent lights **102** are illuminated. When the wall switch is in the open position, the AC voltage source does not supply AC voltage to the ballast **320**, and the fluorescent lights **102** are not illuminated.

The lighting apparatus **300** includes a switching circuit **322**. In general terms, the switching circuit **322** performs the function of controlling the illumination of the LEDs **304**. More specifically, the switching circuit **322** couples the battery **312** to the LEDs **304** under some circumstances. However, under other circumstances, the switching circuit **322** does not couple the battery **312** to the LEDs **304**. If the battery **312** is coupled to the LEDs **304**, DC voltage from the battery **312** is provided to the LEDs **304**, and the LEDs **304** are illuminated. If the battery **312** is not coupled to the LEDs **304**, DC voltage from the battery **312** is not provided to the LEDs **304**, and the LEDs **304** are not illuminated.

The switching circuit **322** is in communication with the wall switch **316**. In some embodiments, the switching circuit **322** is directly coupled to the wall switch **316**. In other embodiments, the switching circuit **322** is not directly coupled to the wall switch **316**, but is in electronic communication with the wall switch **316**. For example, the wall switch **316** and the switching circuit **322** may communicate via a wireless protocol. In typical operation, the wall switch **316** controls the behavior of the switching circuit **322**. For example, in some embodiments if the wall switch **316** is in a first position, the switching circuit **322** couples the battery **312** to the LEDs **304**. If the wall switch **316** is in a second position, the switching circuit **322** does not couple the battery **312** to the LEDs **304**. As discussed above, the wall switch **316** is typically operated by individuals in the room where the lighting apparatus **300** is installed.

In the illustrated embodiment, the switching circuit **322** couples the battery **312** to the LEDs **304** whenever the switching circuit **322** is not receiving AC voltage from the AC voltage source **318**. Conversely, the switching circuit **322** does not couple the battery **312** to the LEDs **304** whenever the switching circuit **322** is receiving AC voltage from the AC voltage source **318**. Those skilled in the art will recognize that there are numerous ways to implement a switching circuit **322** that performs the described functions. In some embodiments, the switching circuit **322** may include one or more relays.

In the illustrated embodiment, the switching circuit **322** is coupled to the AC voltage source **318** via the wall switch **316**. Consequently, the switching circuit **322** receives AC voltage from the AC voltage source **318** if two conditions are satisfied: first, the AC voltage source **318** is supplying AC voltage; and second, the wall switch **316** is in the closed position. Conversely, the switching circuit **322** does not receive AC voltage from the AC voltage source **318** if the wall switch **316** is in the open position. The switching circuit **322** also does not receive AC voltage from the AC voltage source **318** if the AC voltage source **318** is not supplying AC voltage (i.e., if power to the building has been lost).

One implication of the switching circuit **322** configuration discussed above is that as long as the battery **312** is supplying DC voltage, the LEDs **304** are illuminated whenever the fluorescent lights **102** are turned off. To see why, note that the fluorescent lights **102** are turned off when the wall switch **316** is in the open position. When the wall switch **316** is in the open position, AC voltage from the AC voltage source **318** is not supplied to the switching circuit **322**. Because the switching circuit **322** is not receiving AC voltage, the switching circuit **322** couples the battery **312** to the LEDs **304**. Consequently, DC voltage from the battery **312** is provided to the LEDs **304** and the LEDs **304** are illuminated.

Another implication of the switching circuit **322** configuration discussed above is that the LEDs **304** are not illuminated when the fluorescent lights **102** are turned on. To see why, note that the fluorescent lights **102** are turned on when the wall switch **316** is in the closed position. When the wall switch **316** is in the closed position, AC voltage from the AC voltage source **318** is supplied to the switching circuit **322**. Because the switching circuit **322** is receiving AC voltage, the switching circuit **322** does not couple the battery **312** to the LEDs **304**. Consequently, the battery **312** is not coupled to the LEDs **304**, and DC voltage from the battery **312** is not provided to the LEDs **304**. The LEDs **304**, therefore, are not illuminated.

Yet another implication of the switching circuit **322** configuration discussed above is that as long as the battery **312** is supplying DC voltage, the LEDs **304** are illuminated whenever the AC voltage source **318** is not supplying AC voltage (i.e., when power is lost). To see why, note that if the AC voltage source **318** is not supplying AC voltage, the switching circuit **322** is not receiving AC voltage. Because the switching circuit **322** is not receiving AC voltage, the switching circuit **322** couples the battery **312** to the LEDs **304**. Consequently, DC voltage from the battery **312** is provided to the LEDs **304** and the LEDs **304** are illuminated.

Another component of the lighting apparatus **300** that is shown in FIG. **3** is a battery charging circuit **324**. The battery charging circuit **324** is coupled to the battery **312** and performs the function of charging the battery **312**. In the illustrated embodiment, the battery charging circuit **324** is coupled to the AC voltage source **318**. As long as the AC voltage source **318** is supplying AC voltage, the battery charging circuit **324** is charging the battery **312**. Those skilled in the art will recognize that there are numerous ways to implement a battery charging circuit **324** that performs the described functions.

Advantageously, the battery charging circuit **324** allows the battery **312** to be charging even while the battery **312** is supplying DC voltage to the LEDs **304**. This is because the battery charging circuit **324** is coupled directly to the AC voltage source **318**, not to the wall switch **316**. Thus, even when the wall switch **316** is in the open position (which, as discussed above, causes the LEDs **304** to be illuminated), AC voltage is being supplied to the battery charging circuit **324**. Consequently, illuminating the LEDs **304** generally does not drain the battery **312**. Another advantage of the battery charging circuit **324** is that the battery **312** is ordinarily fully charged when an emergency situation occurs and power to a building is lost.

In some embodiments, a separate battery **312** and battery charging circuit **324** may be provided for each lighting apparatus **300**. In such embodiments, if something causes the battery **312** within a particular lighting apparatus **300** to stop supplying DC voltage, only that lighting apparatus **300** is affected. This might be advantageous where more than one lighting apparatus **300** is installed in the same building, particularly if the lighting apparatus **300** are used to provide emergency lighting. In contrast, in some known emergency lighting systems all of the emergency lights within the building are all dependent on the same battery. In those systems, if the battery stops functioning, this causes all of the emergency lights in the building to stop functioning.

As described above, the LEDs **304** are generally coupled to and held in place by a circuit board (not shown) that is positioned adjacent the ballast cover **110**. In some embodiments, the battery **312**, the switching circuit **322**, and the battery charging circuit **324** may be coupled to the circuit board by means of connectors. Advantageously, this eliminates the necessity of connecting the different components by means of wires. Of course, in some embodiments the different components may be connected by means of wires.

The configuration shown in FIG. **3** is exemplary only. In some embodiments, the battery **312** may be coupled to the LEDs **304** at all times. In this configuration, the LEDs **304** would always be on, regardless of whether the fluorescent lights **102** are turned on or not.

In some embodiments, a strobe effect may be used to sequence light emitted from the LEDs **304** to direct people to an exit in an emergency situation. This may be done with the white LEDs **304**. Alternatively, another color may be used, such as green lights.

FIG. **4** is a block diagram illustrating various components in another embodiment of the lighting apparatus **400**. FIG. **4** also illustrates several components that are used with the lighting apparatus **400** in typical operation. The embodiment of the lighting apparatus **400** shown in FIG. **4** is similar in many respects to the embodiment of the lighting apparatus **300** shown in FIG. **3** and described in connection therewith. Those components of the lighting apparatus **400** that are similar to components in the lighting apparatus **300** shown in FIG. **3** are labeled with corresponding reference numbers. For example, the wall switch **416** corresponds to the wall switch **316** in FIG. **3**, the ballast **420** corresponds to the ballast **320** in FIG. **3**, and the battery charging circuit **424** corresponds to the battery charging circuit **324** in FIG. **3**. These components will not be discussed again in connection with FIG. **4**.

In the illustrated embodiment, the switching circuit **422** is in electronic communication with an alarm device **426**. Some examples of alarm devices **426** include a fire alarm, a smoke alarm, etc. The alarm device **426** generates an alarm signal under certain circumstances, typically in an emergency situation. The switching circuit **422** is configured to receive the alarm signal from the alarm device **426**. In some embodiments, the electronic communication between the alarm device **426** and the switching circuit **422** is wireless. For example, the alarm signal may be a radio signal, and the switching circuit **422** may include an antenna for receiving the radio signal. In other embodiments, the switching circuit **422** may be electronically coupled to the alarm device **426** by means of wires or other physical connectors.

The switching circuit **422** shown in FIG. **4** couples the battery **412** to the LEDs **404** when either of two conditions occur. First, as before, the switching circuit **422** couples the battery **412** to the LEDs **404** when the switching circuit **422** is not receiving AC voltage from the AC voltage source **418**. Second, the switching circuit **422** couples the battery **412** to the LEDs **404** when the switching circuit **422** receives an alarm signal from the alarm device **426**. The switching circuit **422** does not couple the battery **412** to the LEDs **404** if the switching circuit **422** is receiving AC voltage from the AC voltage source **418**, unless the switching circuit **422** receives an alarm signal from the alarm device **426**.

One implication of the switching circuit **422** configuration shown in FIG. **4** is that the LEDs **404** may be illuminated when the fluorescent lights **102** are turned on. Specifically, if the switching circuit **422** receives an alarm signal from the alarm device **426** when the fluorescent lights **102** are turned on, the switching circuit **422** couples the battery **412** to the LEDs **404** so that the LEDs **404** are also illuminated. Such a configuration may be advantageous if an emergency situation occurs (e.g., a fire) when the fluorescent lights **102** are illuminated. In such a situation, the LEDs **404** would also be illuminated to provide additional emergency lighting.

FIG. **5** is a side plan view of another embodiment of a lighting apparatus **500**. As will be described in greater detail below, the lighting apparatus **500** illustrated in FIG. **5** may easily and inexpensively be secured to existing light fixtures. Thus, existing light fixtures may be retrofit with the lighting apparatus **500** in order to achieve the energy savings described above without incurring significant expense. In the illustrated embodiment, the lighting apparatus **500** is configured to be secured to the ballast cover (not shown) within a light fixture.

The lighting apparatus **500** includes a housing **528**. In some embodiments, the housing **528** is made of plastic, although the housing **528** may be made of other materials. The housing **528** is dimensioned so that it may be installed to an existing ballast cover. The housing **528** includes an attachment surface **530** and an illumination surface **532**. In typical operation, the attachment surface **530** is secured to the ballast cover. The illumination surface **532** is opposite the attachment surface **530**. As used herein, the terms "securing" and "secured" do not require direct contact. In other words, the attachment surface **530** of the housing **528** may be directly touching the ballast cover. Alternatively, the attachment surface **530** of the housing **528** may not be directly touching the ballast cover.

A section of the housing **528** is illustrated as being cut away from the housing **528** shown in FIG. **5** in order to expose a circuit board **511**. As before, the lighting apparatus **500** includes a plurality of LEDs **504**. The LEDs **504** are coupled to the circuit board **511**. The circuit board **511** holds the LEDs **504** in place. The circuit board **511** is positioned adjacent the housing **528** so that the LEDs **504** protrude through a plurality of holes in the illumination surface **532** of the housing **528**. The circuit board **511** may be positioned either partially or wholly inside the housing **528**.

The attachment surface **530** of the housing **528** includes a fastening mechanism **534**. The fastening mechanism **534** performs the function of securing the attachment surface **530** of the housing **528** to the ballast cover. In the illustrated embodiment, the fastening mechanism **534** is an adhesive strip **534** having a protective cover. The protective cover may be easily removed to expose the adhesive strip **534**. One side of the adhesive strip **534** may be attached to the attachment surface **530** of the housing **528**. The other side of the adhesive strip **534** may be attached to the ballast cover (not shown) to which the lighting apparatus **500** is to be installed. Of course, in alternative embodiments many different types of fastening mechanisms **534** may be used. For example, in some embodiments the fastening mechanism **534** may use a magnet, clips, screws, etc.

As before, a battery **512** is included for supplying DC voltage to the LEDs **504**. A connector **536** is included in the attachment surface **530** of the housing **528** to facilitate connection of the LEDs **504** to the battery **512**. One type of connector **536** that may be used is referred to as a chase nipple. Of course, other connectors **536** that may be used will be readily apparent to those skilled in the art in view of the teachings contained herein.

Advantageously, the embodiments of the low-voltage lighting apparatus **500** described in connection with FIGS. **5** and **6** may easily and inexpensively be secured to existing light fixtures. To install the lighting apparatus **500** to a ballast cover within a light fixture, a hole is drilled into the ballast cover. The connector **536** snaps into the hole and locks into place. Wires **514** from the circuit board **511** may then be connected to the battery **512** through a hole in the connector **536**. Accordingly, existing light fixtures may be easily and inexpensively retrofit with the lighting apparatus **500**.

As with the embodiments discussed previously, the lighting apparatus **500** shown in FIG. **5** may be used to provide emergency lighting. In many cases, retrofitting existing light fixtures with the lighting apparatus **500** may be less expensive than installing a large backup system for providing emergency lighting.

The lighting apparatus **500** shown in FIG. **5** may include various additional components that are not shown in FIG. **5**. For example, the lighting apparatus **500** may also include a switching circuit and a battery charging circuit, as described above in connection with FIGS. **3** and **4**.

In the illustrated embodiment, one of the LEDs **504** coupled to the circuit board **511** is a battery test light **504*a***. The battery test light **504*a*** indicates whether the battery **512** is charged, i.e., capable of supplying DC voltage. The battery test light **504*a*** is directly coupled to the battery **512**. Thus, the battery test light **504*a*** is illuminated whenever the battery **512** is capable of supplying DC voltage, even if the other LEDs **504** are not illuminated.

FIG. **6** is a top plan view of the embodiment of the lighting apparatus **500** shown in FIG. **5**. The illumination surface **532** of the housing **528** is shown. The plurality of LEDs **504** protruding through the holes in the illumination surface **532** are also shown. The battery test light **504*a*** is also shown.

While specific embodiments and applications of the present invention have been illustrated and described, it is to be understood that the invention is not limited to the precise configuration and components disclosed herein. Various modifications, changes, and variations which will be apparent to those skilled in the art may be made in the arrangement, operation, and details of the methods and systems of the present invention disclosed herein without departing from the spirit and scope of the invention.

The invention claimed is:

**1**. An energy-efficient lighting apparatus, comprising:
- a ballast cover;
- a plurality of ballast cover holes in the ballast cover;
- a circuit board comprising a plurality of light-emitting diodes, wherein the circuit board is positioned adjacent the ballast cover so that the plurality of light-emitting diodes protrude through the plurality of ballast cover holes in the ballast cover, wherein the lighting apparatus is coupled to a wall switch and wherein the illumination of the light-emitting diodes is controllable based upon the position of the wall switch.

**2**. The lighting apparatus of claim **1**, further comprising a battery for supplying power to the plurality of light-emitting diodes.

**3**. The lighting apparatus of claim **2**, further comprising a switching circuit for controlling illumination of the plurality of light-emitting diodes.

**4**. The lighting apparatus of claim **3**, wherein the switching circuit comprises:
- a first portion for placing the switching circuit in communication with a wall switch;
- a second portion for coupling the switching circuit to the battery; and
- a third portion for coupling the switching circuit to the plurality of light-emitting diodes.

**5**. The lighting apparatus of claim **4**, wherein the switching circuit couples the battery to the plurality of light-emitting diodes if the switching circuit is not receiving AC voltage from an AC voltage source that is coupled to the wall

switch, and wherein the switching circuit does not couple the battery to the plurality of light-emitting diodes if the switching circuit is receiving the AC voltage from the AC voltage source.

**6**. The lighting apparatus of claim **4**, wherein the switching circuit further comprises a fourth portion for receiving an alarm signal from an alarm device.

**7**. The lighting apparatus of claim **6**, wherein the switching circuit couples the battery to the plurality of light-emitting diodes if the switching circuit is receiving the alarm signal.

**8**. The lighting apparatus of claim **2**, further comprising a battery charging circuit for charging the battery.

**9**. The lighting apparatus of claim **8**, wherein the battery charging circuit comprises:

a first portion for coupling the battery charging circuit to an AC voltage source; and

a second portion for coupling the battery charging circuit to the battery.

**10**. The lighting apparatus of claim **2**, wherein the circuit board further comprises a battery test light coupled to the battery.

**11**. The lighting apparatus of claim **10**, wherein the battery test light protrudes through one of the plurality of ballast cover holes.

**12**. An energy-efficient lighting apparatus for retrofit with an existing light fixture having a ballast cover, comprising:

a housing having an attachment surface and an illumination surface;

a plurality of illumination surface holes in the illumination surface;

a circuit board comprising a plurality of light-emitting diodes, wherein the circuit board is positioned adjacent the housing so that the plurality of light-emitting diodes protrude through the plurality of illumination surface holes in the illumination surface; and

a fastening mechanism for securing the attachment surface of the lighting apparatus to the illumination surface, wherein the lighting apparatus is coupled to a wall switch and wherein the illumination of the light-emitting diodes is controllable based upon the position of the wall switch.

**13**. The lighting apparatus of claim **12**, further comprising a battery for supplying power to the plurality of light-emitting diodes.

**14**. The lighting apparatus of claim **13**, further comprising a switching circuit for controlling illumination of the plurality of light-emitting diodes.

**15**. The lighting apparatus of claim **14**, wherein the switching circuit comprises:

a first portion for placing the switching circuit in communication with a wall switch;

a second portion for coupling the switching circuit to the battery; and

a third portion for coupling the switching circuit to the plurality of light-emitting diodes.

**16**. The lighting apparatus of claim **15**, wherein the switching circuit couples the battery to the plurality of light-emitting diodes if the switching circuit is not receiving AC voltage from an AC voltage source that is coupled to the wall switch, and wherein the switching circuit does not couple the battery to the plurality of light-emitting diodes if the switching circuit is receiving the AC voltage from the AC voltage source.

**17**. The lighting apparatus of claim **15**, wherein the switching circuit further comprises a fourth portion for receiving an alarm signal from an alarm device.



**18**. The lighting apparatus of claim **17**, wherein the switching circuit couples the battery to the plurality of light-emitting diodes if the switching circuit is receiving the alarm signal.

**19**. The lighting apparatus of claim **13**, further comprising a battery charging circuit for charging the battery.

**20**. The lighting apparatus of claim **19**, wherein the battery charging circuit comprises:

a first portion for coupling the battery charging circuit to the AC voltage source; and

a second portion for coupling the battery charging circuit to the battery.

**21**. The lighting apparatus of claim **13**, wherein the circuit board further comprises a battery test light coupled to the battery.

**22**. The lighting apparatus of claim **21**, wherein the battery test light protrudes through one of the plurality of illumination surface holes.

**23**. The lighting apparatus of claim **12**, further comprising:

a connector in the attachment surface of the housing that snaps into an illumination cover hole in the illumination surface; and

wires connecting the circuit board to the battery through the connector.

**24**. The lighting apparatus of claim **12**, wherein the fastening mechanism comprises an adhesive strip having a protective cover.

**25**. A method for providing illumination to an area in an energy-efficient manner, comprising:

providing a ballast cover, the ballast cover having a plurality of ballast cover holes, the ballast cover being attachable to a light fixture;

providing a circuit board comprising a plurality of light-emitting diodes; and

positioning the circuit board adjacent the ballast cover so that the plurality of light-emitting diodes protrude through the plurality of ballast cover holes in the ballast cover, wherein the light fixture is coupled to a wall switch and wherein the illumination of the light-emitting diodes is controllable based upon the position of the wall switch.

**26**. The method of claim **25**, further comprising illuminating the plurality of light-emitting diodes when a light bulb within the light fixture is not illuminated.

**27**. The method of claim **25**, further comprising not illuminating the plurality of light-emitting diodes when a light bulb within the light fixture is illuminated.

**28**. The method of claim **25**, further comprising:

receiving an alarm signal from an alarm device; and

in response to receiving the alarm signal, illuminating the plurality of light-emitting diodes.

**29**. A method for retrofitting a light fixture with an energy-efficient lighting apparatus, the light fixture having a ballast cover, the method comprising:

providing a housing having an attachment surface and an illumination surface, wherein the illumination surface comprises a plurality of illumination surface holes;

providing a circuit board comprising a plurality of light-emitting diodes;

positioning the circuit board adjacent the housing so that the plurality of light-emitting diodes protrude through the plurality of illumination surface holes in the illumination surface; and

securing the attachment surface of the housing to the illumination surface, wherein the lighting apparatus is coupled to a wall switch and wherein the illumination of the light-emitting diodes is controllable based upon the position of the wall switch.

**30**. The method of claim **29**, further comprising illuminating the plurality of light-emitting diodes when a light bulb within the light fixture is not illuminated.

**31**. The method of claim **29**, further comprising not illuminating the plurality of light-emitting diodes when a light bulb within the light fixture is illuminated.



**32**. The method of claim **29**, further comprising:
receiving an alarm signal from an alarm device; and
in response to receiving the alarm signal, illuminating the plurality of light-emitting diodes.

* * * * *

# EXHIBIT B

LED lighting products with the following model numbers/SKUs and all substantially similar products:

PLT-101018
PLT-101024
PLT-101027
PLT-101159
PLT-101180
PLT-101264
PLT-101267
PLT-101270
PLT-101273
PLT-101273
PLT-101279
PLT-101282
PLT-101282
PLT-101285
PLT-101288
PLT-101291
PLT-30017

# EXHIBIT C

LED lighting products with the following model numbers/SKUs and all substantially similar products:

LEDBX-17-830-B-RSC
LEDBX-17-830-B-RSF
LEDBX-17-830-B-RSx
LEDBX-17-835-B-RSC
LEDBX-17-835-B-RSF
LEDBX-17-835-B-RSx
LEDBX-17-840-B-RSC
LEDBX-17-840-B-RSF
LEDBX-17-840-B-RSx
LEDBX-17-850-B-RSC
LEDBX-17-850-B-RSF
LEDBX-17-850-B-RSx
LEDBX-22-830-B-RSC
LEDBX-22-830-B-RSF
LEDBX-22-830-B-RSx
LEDBX-22-835-B-RSC
LEDBX-22-835-B-RSF
LEDBX-22-835-B-RSx
LEDBX-22-840-B-RSC
LEDBX-22-840-B-RSF
LEDBX-22-840-B-RSx
LEDBX-22-850-B-RSC
LEDBX-22-850-B-RSF
LEDBX-22-850-B-RSx
LEDT10H-8-44-17-8xx-B-FSF
LEDT5-10-830-B-FSC
LEDT5-10-830-B-FSF
LEDT5-10-830-B-FSx
LEDT5-10-835-B-FSC
LEDT5-10-835-B-FSF
LEDT5-10-835-B-FSx
LEDT5-10-840-B-FSC
LEDT5-10-840-B-FSF
LEDT5-10-840-B-FSx
LEDT5-10-850-B-FSC
LEDT5-10-850-B-FSF
LEDT5-10-850-B-FSx
LEDT5-15-830-B-FSC
LEDT5-15-830-B-FSF
LEDT5-15-830-B-FSx
LEDT5-15-835-B-FSC
LEDT5-15-835-B-FSF
LEDT5-15-835-B-FSx

LEDT5-15-840-B-FSC
LEDT5-15-840-B-FSF
LEDT5-15-840-B-FSx
LEDT5-15-850-B-FSC
LEDT5-15-850-B-FSF
LEDT5-15-850-B-FSx
LEDT5-20-830-B-FSC
LEDT5-20-830-B-FSF
LEDT5-20-830-B-FSx
LEDT5-20-830-B-FSx
LEDT5-20-835-B-FSC
LEDT5-20-835-B-FSF
LEDT5-20-835-B-FSx
LEDT5-20-835-B-FSx
LEDT5-20-840-B-FSC
LEDT5-20-840-B-FSF
LEDT5-20-840-B-FSx
LEDT5-20-840-B-FSx
LEDT5-20-850-B-FSC
LEDT5-20-850-B-FSF
LEDT5-20-850-B-FSx
LEDT5-20-850-B-FSx
LEDT8-12-830-B-xSF
LEDT8-12-830-B-xSx
LEDT8-12-835-B-xSF
LEDT8-12-835-B-xSx
LEDT8-12-840-B-xSF
LEDT8-12-840-B-xSx
LEDT8-12-850-B-xSF
LEDT8-12-850-B-xSx
LEDT8-17-830-B-FHC Ux
LEDT8-17-830-B-FHF
LEDT8-17-830-B-FHF Ux
LEDT8-17-830-B-FHx
LEDT8-17-830-B-Fxx Ux
LEDT8-17-830-B-xSC
LEDT8-17-830-B-xSF
LEDT8-17-830-B-xSx
LEDT8-17-830-U-FSF
LEDT8-17-830-U-xxx
LEDT8-17-835-B-FHC Ux
LEDT8-17-835-B-FHF
LEDT8-17-835-B-FHF Ux
LEDT8-17-835-B-FHx
LEDT8-17-835-B-Fxx Ux
LEDT8-17-835-B-xSC

LEDT8-17-835-B-xSF
LEDT8-17-835-B-xSx
LEDT8-17-835-U-FSF
LEDT8-17-835-U-xxx
LEDT8-17-840-B-FHC Ux
LEDT8-17-840-B-FHF
LEDT8-17-840-B-FHF Ux
LEDT8-17-840-B-FHx
LEDT8-17-840-B-Fxx Ux
LEDT8-17-840-B-xSC
LEDT8-17-840-B-xSF
LEDT8-17-840-B-xSx
LEDT8-17-840-U-FSF
LEDT8-17-840-U-xxx
LEDT8-17-850-B-FHC Ux
LEDT8-17-850-B-FHF
LEDT8-17-850-B-FHF Ux
LEDT8-17-850-B-FHx
LEDT8-17-850-B-Fxx Ux
LEDT8-17-850-B-xSC
LEDT8-17-850-B-xSF
LEDT8-17-850-B-xSx
LEDT8-17-850-U-FSF
LEDT8-17-850-U-xxx
LEDT8-17U-830-B-xxx
LEDT8-17U-835-B-xxx
LEDT8-17U-840-B-xxx
LEDT8-17U-850-B-xxx
LEDT8-22-830-B-xSF
LEDT8-22-830-B-xSx
LEDT8-22-830-U-FSF
LEDT8-22-835-B-xSF
LEDT8-22-835-B-xSx
LEDT8-22-835-U-FSF
LEDT8-22-840-B-xSF
LEDT8-22-840-B-xSx
LEDT8-22-850-B-xSF
LEDT8-22-850-B-xSx
LEDT8-22-850-U-FSF
LEDT8-44-830-B-xxx
LEDT8-44-830-U-FSF
LEDT8-44-830-U-xxx
LEDT8-44-835-B-xxx
LEDT8-44-835-U-FSF
LEDT8-44-835-U-xxx
LEDT8-44-840-B-xxx

LEDT8-44-840-U-FSF
LEDT8-44-840-U-xxx
LEDT8-44-850-B-xxx
LEDT8-44-850-U-FSF
LEDT8-44-850-U-xxx
LEDT8-8-830-B-FHF
LEDT8-8-830-B-xSC
LEDT8-8-830-B-xSF
LEDT8-8-830-B-xSx
LEDT8-8-835-B-FHF
LEDT8-8-835-B-xSC
LEDT8-8-835-B-xSF
LEDT8-8-835-B-xSx
LEDT8-8-840-B-FHF
LEDT8-8-840-B-xSC
LEDT8-8-840-B-xSF
LEDT8-8-840-B-xSx
LEDT8-8-850-B-FHF
LEDT8-8-850-B-xSC
LEDT8-8-850-B-xSF
LEDT8-8-850-B-xSx
LEDT8H-5-29-830-FSC
LEDT8H-5-29-830-FSF
LEDT8H-5-29-830-FSx
LEDT8H-5-29-835-FSC
LEDT8H-5-29-835-FSF
LEDT8H-5-29-835-FSx
LEDT8H-5-29-840-FSC
LEDT8H-5-29-840-FSF
LEDT8H-5-29-840-FSx
LEDT8H-5-29-850-FSC
LEDT8H-5-29-850-FSF
LEDT8H-5-29-850-FSx
LEDT8S-8-36-830-B-FSC
LEDT8S-8-36-830-B-FSF
LEDT8S-8-36-830-B-FSx
LEDT8S-8-36-835-B-FSC
LEDT8S-8-36-835-B-FSF
LEDT8S-8-36-835-B-FSx
LEDT8S-8-36-840-B-FSC
LEDT8S-8-36-840-B-FSF
LEDT8S-8-36-840-B-FSx
LEDT8S-8-36-850-B-FSC
LEDT8S-8-36-850-B-FSF
LEDT8S-8-36-850-B-FSx
LEDT8S-8-44-830-B-FSC

LEDT8S-8-44-830-B-FSF
LEDT8S-8-44-830-B-FSx
LEDT8S-8-44-835-B-FSC
LEDT8S-8-44-835-B-FSF
LEDT8S-8-44-835-B-FSx
LEDT8S-8-44-840-B-FSC
LEDT8S-8-44-840-B-FSF
LEDT8S-8-44-840-B-FSx
LEDT8S-8-44-850-B-FSC
LEDT8S-8-44-850-B-FSF
LEDT8S-8-44-850-B-FSx
LEDTBX-17-8xx-B-RSF
LEDTBX-22-8xx-B-RSF

# EXHIBIT D

LED lighting products with the following model numbers/SKUs and all substantially similar products:

54299161
54299141
54296161
54296141
54256141
54140261
54140241
54130111
54108111
54105111
54145062
54145061
54145041
54130141
54130131
54108161
54108141
54108131
54105141
54105131
54104441
54104431
54104411
54031242
54031241
54031232
54031231
54293141
54292141

# EXHIBIT E

LED lighting products with the following model numbers/SKUs and all substantially similar products:

K5P8
K5N7
K5P9
K6P0
K6P1
K6P2
K6P3
K6P7
K6P8
K6P9
K8L5
K0N2
K4N2
K4N3
K4N5
K4N4
K6P4
K6P5
K6P6
K8L3
K0N0
K8L4
K0N1
K0N4
K0N5
K3N8
K9L9
K0L1
K3N9
K0L4
K0L5
K4N0

# EXHIBIT F

LED lighting products with the following model numbers/SKUs and all substantially similar products:

5648
5649
5718
5719
5773
5774
5775
5776
5777
5778
5779
5780
5811
5812
5817
5818
5819
5820
5844
5845
5846
5850
5851
5852
5887
5888
5891
5892
5897
5898